**Opinion filed May 27, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00205-CV
_____

**JUDY LEGGETT, INDIVIDUALLY AND AS HEIR
AND REPRESENTATIVE OF THE ESTATE OF
ROY G. LEGGETT, DECEASED, Appellant**

**V.**

**ALICE RAMSEY, M.D. ET AL, Appellees**

**On Appeal from the 29th District Court
Palo Pinto County, Texas
Trial Court Cause No.  C42855**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss her appeal.  The motion is granted, and the appeal is dismissed.

PER CURIAM

May 27, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.